IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MARY A. KORNBAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-1379 |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 18, 2019. The parties have not filed objections to the Report and Recommendation. Based on a *de novo* review of the evidence, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED; Defendant's Motion for summary judgment is GRANTED; and this case is DISMISSED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 11, 2020